UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEVIN BREWER                                        CIVIL ACTION

VERSUS                                              NO. 10-1172

STATE OF LOUISIANA                                  SECTION: "S"(1)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's 42 U.S.C. § 1983 claims are **DISMISSED WITH PREJUDICE** as frivolous and for otherwise failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's federal *habeas corpus* claims are **DISMISSED WITHOUT PREJUDICE** due to plaintiff's failure to exhaust his state court remedies.

New Orleans, Louisiana, this   1st   day of        June        , 2010.

_____
**UNITED STATES DISTRICT JUDGE**